UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FRANK BEITLER, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR FOR THE ESTATE OF MARY BEITLER** | **MISC. CASE NO.** 17-mc-107 |
| **VERSUS** | **JUDGE DOHERTY** |
| **TAKEDA PHARMACEUTICALS AMERICA, INC.; TAKEDA PHARMACEUTICALS U.S.A., INC., f/k/a TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.; and TAKEDA PHARMACEUTICAL COMPANY LIMITED** | **MAGISTRATE JUDGE HANNA** |

## REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS OF DECEDENT, MARY BEITLER

This Court, having reviewed Plaintiffs' Unopposed Motion to Approve Settlement as to Claims of Frank Beitler, Individually and as Special Administrator of the Estate of Mary Beitler, deceased and Derivative Claimant; and John Beitler and Anton Beitler as Derivative Claimants and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

  GRANTED and

  The settlement by and between Plaintiffs, Frank Beitler, Individually and as Special Administrator of the Estate of Mary Beitler and Derivative Claimant and John Beitler and Anton Beitler as Derivative Claimants individually and as legal heirs to the Estate of Mary Beitler, deceased, and Takeda, as notice to the Court on ___June 7, 2017 be___

APPROVED.

The Court has jurisdiction of this matter by virtue of the Plaintiffs participating in the Actos MDL Master Settlement Agreement.

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

This is DONE AND SIGNED in Lafayette, Louisiana, this 9th of June, 2017.

HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE